# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JAMES GIARDINA,**

                Plaintiff,

**vs.**

**WELLS FARGO BANK, N.A. f/k/a**
**WACHOVIA BANK, N.A.**

                Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, et seq. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC*, 132 S. Ct. 740 (2012); *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, JAMES GIARDINA, is a natural person, and at the time of the alleged violations was a citizen of the State of Florida, residing in Hillsborough County, Florida.

4. Defendant, WELLS FARGO BANK, N.A. f/k/a WACHOVIA BANK, N.A, is a federal savings bank that regularly does business in Florida.

## FACTUAL ALLEGATIONS

5. On or about September 1, 2010, Defendant, or another party acting on its behalf, left a message using an automatic telephone dialing system or an artificial or pre-recorded voice on Plaintiff's cellular telephone.

6. Defendant, or another party acting on its behalf, placed other telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice to place other telephone calls to Plaintiff's cellular telephone

7. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8. Defendant willfully or knowingly violated the TCPA.

## COUNT I

## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant calls violate the TCPA;

      c. a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

      d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

        *s/ James S. Giardina*
        James S. Giardina
        Fla. Bar No. 0942421
        The Consumer Rights Law Group, PLLC
        3104 W. Waters Avenue, Suite 200
        Tampa, Florida 33614-2877
        Tel: (813) 435-5055 ext 101
        Fax: (866) 535-7199
        James@ConsumerRightsLawGroup.com
        ***Plaintiff, Pro Se***