UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES GIARDINA,

    Plaintiff,

v.                               Case No. 8:14-cv-00448-EAK-TGW

WELLS FARGO BANK, N.A. f/k/a
WACHOVIA BANK, N.A.,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF SETTLEMENT**

Defendant Wells Fargo Bank, N.A., successor by merger with Wachovia Bank, National Association (improperly identified as f/k/a Wachovia Bank, N.A.) hereby gives notice, pursuant to M.D. Fla. Local Rule 3.08, that the above captioned case has settled.

                                      Respectfully submitted,

                                      /s/ Kelly J. Ruoff
                                    AMY L. DRUSHAL
                                    Florida Bar No. 546895
                                    aldrushal@trenam.com
                                    KELLY J. RUOFF
                                    Florida Bar No. 084632
                                    kruoff@trenam.com
                                    TRENAM, KEMKER, SCHARF, BARKIN,
                                      FRYE, O'NEILL & MULLIS, P.A.
                                    101 E. Kennedy Blvd., Suite 2700
                                    Tampa, FL   33602
                                    Tel:  813-223-7474
                                    Fax:  813-229-6553
                                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system on this 11th day of August, 2014 to James Giardina, giardina.james@gmail.com, 3104 West Waters Avenue, Suite 200, Tampa, FL 33614.

                                            /s/ Kelly J. Ruoff
                                                      Attorney