UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES GIARDINA,

    Plaintiff,

v.                              Case No. 8:14-cv-00448-EAK-TGW

WELLS FARGO BANK, N.A. f/k/a
WACHOVIA BANK, N.A.,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF WITHDRAWAL OF NOTICE OF SETTLEMENT**

    Defendant Wells Fargo Bank, N.A., successor by merger with Wachovia Bank, National Association (improperly identified as f/k/a Wachovia Bank, N.A.) hereby withdraws its Notice of Settlement, filed on August 11, 2014 (Dkt. No. 14).

                              Respectfully submitted,

                                /s/ Amy L. Drushal
                              AMY L. DRUSHAL
                              Florida Bar No. 546895
                              aldrushal@trenam.com
                              KELLY J. RUOFF
                              Florida Bar No. 084632
                              kruoff@trenam.com
                              TRENAM, KEMKER, SCHARF, BARKIN,
                               FRYE, O'NEILL & MULLIS, P.A.
                              101 E. Kennedy Blvd., Suite 2700
                              Tampa, FL 33602
                              Tel: 813-223-7474
                              Fax: 813-229-6553
                              Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system on this 13th day of August, 2014 to James Giardina, giardina.james@gmail.com, 3104 West Waters Avenue, Suite 200, Tampa, FL 33614.

                                                /s/ Amy L. Drushal
                                                         Attorney