## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JAMES GIARDINA,**
                Plaintiff,

    **vs.**                                                 **CASE NO.:** 8:14-cv-448-EAK-TGW

**WELLS FARGO BANK, N.A.,**
                Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff, JAMES GIARDINA, and defendant WELLS FARGO BANK, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of the above-styled action against all defendants, with Plaintiff and Defendant to bear their own fees, cost and expenses.

Respectfully submitted this 26th day of September, 2014.

| | |
|---|---|
| _s/ James Giardina_ | _s/ Amy L Drushal_ |
| JAMES S. GIARDINA | AMY L. DRUSHAL |
| Fla. Bar. No. 0942421 | Fla. Bar No. 546895 |
| THE CONSUMER RIGHTS LAW GROUP, PLLC | aldrushal@trenam.com |
| 3104 W Waters Avenue, Suite 200 | KELLY J. RUOFF |
| Tampa, Florida 33614-2877 | Fla. Bar No. 084632 |
| Tel: (813) 435-5055 ext 101 | kruoff@trenam.com |
| Fax: (866) 535-7199 | TRENAM, KEMKER, SCHARF, |
| James@ConsumerRightsLawGroup.com | BARKIN, FRYE, O'NEILL & |
| *Plaintiff, Pro se* | MULLIS, P.A. |
| | 101 E. Kennedy Blvd., Suite 2700 |
| | Tampa, FL 33602 |
| | Tel: 813-223-7474 |
| | Fax: 813-229-6553 |
| | *Attorneys for Defendant* |